# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 11-5083                                    September Term 2010

1:09-cv-02151-HHK

Filed On: July 22, 2011 [1320232]

David Lee Buess and Rodney Class,

    Appellants

  v.

United States of America, et al.,

    Appellees

### O R D E R

On June 8, 2011 and June 14, 2011, appellees filed dispositive motions. Any responses were due by June 23, 2011. To date, no responses have been received from appellants. Upon consideration of the foregoing, it is

**ORDERED**, on the court's own motion, that appellants show cause by August 22, 2011, why the dispositive motion should not be considered and decided without a response. The response to the order to show cause may not exceed 20 pages. Failure by appellants to respond to this order will result in dismissal of the case for failure to prosecute. See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order to appellants by certified mail, return receipt requested, and by first class mail.

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

BY:   /s/
        Ken R. Meadows
        Deputy Clerk